# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

vs.                                              No. 6:18-cr-60031-002

TAMMY LENT                                                                                      DEFENDANT

**ORDER**

BEFORE the Court is the *pro se* Motion to Compel trial counsel to turn over defense file, filed herein by Defendant. ECF No. 108.[1] The Motion has been referred to the undersigned for decision. ECF No. 109. Defendant's trial Counsel, Mr. Timothy Clay Janske has responded as directed by the Court. ECF No. 111. The Court has reviewed the Motion to Compel and Response.

**IT IS ORDERED** Defendant's *pro se* Motion to Compel (ECF No. 108) is **GRANTED**. Mr. Janske shall provide a copy of his entire file, excluding any disclosures or discovery received from the Government to the Defendant on or before **October 12, 2022**.

**IT IS FURTHER ORDERED**, if the Government objects to any material, previously provided to trial counsel, being provided to the Defendant, it shall file its Objection on or before **September 26, 2022**. If there is no objection from the Government, Mr. Janske is directed to provide a copy of his entire file to the Defendant as directed above.

The Clerk is directed to provide Mr. Janske and Defendant with a copy of this Order.

**ENTERED** this **12th day of September 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE

---

[1] The direct appeal in this matter was concluded when the United States Court of Appeals for the Eighth Circuit dismissed the appeal as untimely on February 22, 2022. *See* ECF No. 106-1.